23583

The STATE, Respondent v. Walter THOMAS, Appellant.

(414 S.E. (2d) 783)

Supreme Court

*J. Carroll Bryant,* Aiken, and *South Carolina Office of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Donald J. Zelenka, Asst. Atty. Gen. Harold M. Coombs, Jr.,* Columbia, and *Sol. Barbara R. Morgan,* Aiken, *for respondent.*

Heard Jan. 7, 1992.

Decided Feb. 24, 1992.

*Per Curiam:*

Reversed and remanded pursuant to Supreme Court Rule 220(b)(1). *See Gallman v. State,* 414 S.E. (2d) 780, 781 (S.C. Sup. Ct. 1992) (Davis Adv. Sh. No. 5 at 11) (jury instruction which advises the jury that they may discuss the case among themselves amounts to an invitation to begin premature deliberations and is reversible error).

Reversed and remanded.